**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASHLEY CHOLEWKA,<br><br>    Plaintiff,<br><br>        v.<br><br>OHIO CASUALTY INSURANCE CO t/a or d/b/a/ PEERLESS INDEMNITY CO. t/a or d/b/a LIBERTY MUTUAL INSURANCE CO.,<br><br>    Defendant. | CIVIL ACTION NO. 3:16-CV-2210<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 27th day of April, 2017, **IT IS HEREBY ORDERED** that:

(1) Plaintiff is granted leave to file a second amended complaint within **fourteen (14) days** from the date of entry of this Order. If Plaintiff fails to do so, the action will be **dismissed**.

(2) Plaintiff will be given a **thirty (30) day extension** to effect service. This extension will begin on the date on which Plaintiff files her second amended complaint, if she chooses to do so.

                                                                           /s/ A. Richard Caputo
                                                                           A. Richard Caputo
                                                                           United States District Judge